No. 73–6469. SAPP *v.* HASKINS, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 73–6474. TORRES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–6479. O'CLAIR *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–6481. PAIGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6484. CRUZ ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6485. REVIRA, AKA PEREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6553. PUGH *v.* PADERICK, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–6558. MOORE *v.* FLORIDA PAROLE AND PROBATION COMMISSION. Sup. Ct. Fla. Certiorari denied.

No. 73–6560. SPRINKLE ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 73–6574. HOLLAND *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 73–6575. McCRACKEN *v.* ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.